KEITH E. EGGLETON, State Bar No. 159842
Email: keggleton@wsgr.com
RODNEY G. STRICKLAND, State Bar No. 161934
Email: rstrickland@wsgr.com
SEAN P. KILLEEN, State Bar No. 320644
Email: skilleen@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
Netflix, Inc., Reed Hastings, and Spencer
Neumann

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JOHAN WALLERSTEIN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC., REED HASTINGS, and SPENCER NEUMANN<br><br>Defendants. | CASE NO.: 5:19-cv-04195-LHK<br><br>CLASS ACTION<br><br>DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED |

Pursuant to Civil Local Rules 3-12 and 7-11, defendants Netflix, Inc. ("Netflix"), Reed Hastings, and Spencer Neumann (collectively, "Defendants") hereby move for consideration of whether *Venkatachalapathy v. Netflix, Inc., et al.*, Case No. 3:19-cv-04395 (N.D. Cal.) (the "*Venkatachalapathy* Action"), is related to this earlier-filed securities class action (the "*Wallerstein* Action").

Pursuant to the criteria listed in Civil Local Rule 3-12(a), this action and the *Venkatachalapathy* Action are related. Both actions allege the same claims, against the same defendants, based on the same statements, on behalf of the same class of shareholders. *See Wallerstein* Action Dkt. # 1 ("*Wallerstein* Complaint") ¶¶ 15-45; *Venkatachalapathy* Action Dkt. # 1 ("*Venkatachalapathy* Complaint") ¶¶ 15-45.

Specifically, plaintiffs in both actions make identical allegations that Defendants made false and misleading statements on April 16, 2019, regarding Netflix's guidance for the second quarter of 2019. Both plaintiffs identically allege "the Truth" was revealed in a letter to shareholders dated July 17, 2019 and on an earnings call which occurred on the same day. *Wallerstein* Complaint ¶¶ 21-25; *Venkatachalaphy* Complaint ¶¶ 21-25. Additionally, both plaintiffs seek to represent identical classes of Netflix shareholders. *Wallerstein* Complaint ¶¶ 1, 26; *Venkatachalapathy* Complaint ¶¶ 1, 26.

Given the factual and legal overlap in these actions, "there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12(a)(2).

Accordingly, the Defendants request that this Court find that the *Venkatachalapathy* Action is related to this earlier-filed action, and therefore that the *Venkatachalapathy* Action be reassigned to this Court.

DEFENDANTS' ADMINISTRATIVE MOTION TO
CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO.: 5:19-CV-04195-LHK

Dated:  August 5, 2019

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/ Rodney G. Strickland
        Rodney G. Strickland

Attorneys for Defendants

-3-