KEITH E. EGGLETON, State Bar No. 159842
Email: keggleton@wsgr.com
RODNEY G. STRICKLAND, State Bar No. 161934
Email: rstrickland@wsgr.com
SEAN P. KILLEEN, State Bar No. 320644
Email: skilleen@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Defendants
Netflix, Inc., Reed Hastings, and Spencer
Neumann

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JOHAN WALLERSTEIN, Individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>        v.<br><br>NETFLIX, INC., REED HASTINGS, and SPENCER NEUMANN<br><br>                Defendants. | CASE NO.: 5:19-cv-04195-LHK<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

## [PROPOSED] ORDER

As the judge assigned to the case *Wallerstein v. Netflix, Inc. et al.,* Case No. 5:19-cv-04195-LHK, I find that the more recently filed *Venkatachalapathy v. Netflix, Inc., et al.,* Case No. 3:19-cv-04395-SI (N.D. Cal.) is related to the earlier-filed case assigned to me, and that it shall be reassigned to me.

Dated: _____                          By: _____
                                             Lucy H. Koh
                                             United States District Judge