**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

On August 5, 2019, Defendants filed an Administrative Motion to Consider Whether Cases Should Be Related. ECF No. 14. The time for filing an opposition or statement of support has passed. As the judge assigned to case *Wallerstein v. Netflix, Inc. et al.*, Case No. 5:19-cv-04195-LHK, I find that the more recently filed case that I have marked below is related to the case assigned to me, and that the case shall be reassigned to me.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 3:19-cv-04395-SI | *Venkatachalapathy v. Netflix, Inc., et al.* | x | |

**ORDER**

The parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by Fed. R. Civ. P. 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re- noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated:  August 12, 2019          By: _Lucy H. Koh_

Lucy H. Koh

United States District Judge

1