KEITH E. EGGLETON, State Bar No. 159842
Email:  keggleton@wsgr.com
RODNEY G. STRICKLAND, State Bar No. 161934
Email:  rstrickland@wsgr.com
SEAN P. KILLEEN, State Bar No. 320644
Email:  skilleen@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Defendants
Netflix, Inc., Reed Hastings, and Spencer
Neumann

[ADDITIONAL COUNSEL APPEAR ON
SIGNATURE BLOCK]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JOHAN WALLERSTEIN, Individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>          v.<br><br>NETFLIX, INC., REED HASTINGS, and SPENCER NEUMANN<br><br>                  Defendants. | CASE NO.: 5:19-cv-04195-LHK<br><br>CLASS ACTION<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER REGARDING DEFENDANTS' TIME TO RESPOND TO SECURITIES CLASS ACTION COMPLAINT AND TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE** |

STIPULATED REQUEST AND [PROPOSED] ORDER         -1-
RE: DEFENDANTS' TIME TO RESPOND TO
COMPLAINT AND CONTINUE INITIAL CMC

Defendants Netflix, Inc., Reed Hastings, and Spencer Neumann (collectively, "Defendants"), by and through their counsel, and plaintiff Johan Wallerstein, individually and on behalf of all others similarly situated ("Plaintiff"), by and through his counsel, hereby stipulate to the following:

WHEREAS, on July 22, 2019, Plaintiff filed a putative class action complaint (the "Complaint") alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act") and Securities and Exchange Commission Rule 10b-5 promulgated thereunder;

WHEREAS, this action is subject to the provisions of the Private Securities Litigation Reform Action of 1995 ("PSLRA"), 15 U.S.C. § 78u-4 *et seq.*, which, *inter alia*, requires the Court to appoint a lead plaintiff to oversee the litigation and to approve the lead plaintiff's selection of lead counsel;

WHEREAS, motions for appointment as lead plaintiff are due on September 20, 2019;

WHEREAS, on July 22, 2019, the Court issued an Order (the "Initial Scheduling Order") setting the deadlines for the meet and confer regarding initial disclosures, early settlement, Alternative Dispute Resolution ("ADR") process selection, and the discovery plan as October 2, 2019, setting the deadline for the Rule 26(f) Report and Case Management Statement as October 16, 2019, and scheduling the Initial Case Management Conference for October 23, 2019;

WHEREAS, based on the due date for the lead plaintiff motions and the Court's usual briefing schedule, the hearing on any motions for appointment as lead plaintiff is likely to occur in late October or early November 2019, which is after the current due date for Defendants' response to the Complaint (September 23, 2019) and after the current deadlines set forth in the Initial Scheduling Order;

WHEREAS, prior to the Court's appointment of a lead plaintiff for the class the parties cannot reach binding agreements regarding matters set forth in the Initial Scheduling Order;

WHEREAS, the parties anticipate that the Court-appointed lead plaintiff will file a consolidated or amended complaint that will supersede the existing Complaint; and

STIPULATED REQUEST AND [PROPOSED] ORDER          -2-
RE: DEFENDANTS' TIME TO RESPOND TO
COMPLAINT AND CONTINUE INITIAL CMC

WHEREAS, in order to avoid the unnecessary expenditure of judicial resources or effort by the parties and the Court prior to the appointment of a lead plaintiff and the filing of the anticipated consolidated or amended complaint, the parties have agreed, subject to the Court's approval, to the continuance of the Initial Case Management Conference and other dates set forth in the Initial Scheduling Order, and an extension of time for Defendants to respond to the current Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and respectfully requested, by and among the parties hereto, through their undersigned counsel of record, that the Court order as follows:

1.  Defendants shall not be required to respond to the Complaint until after the appointment of a lead plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B) and after the filing by such lead plaintiff of a consolidated or amended complaint or the designation of an operative complaint.  Pursuant to Local Rule 6-1(a) this paragraph shall be effective upon the filing of this Stipulation with the Court.

2.  Within fourteen (14) days following the appointment of a lead plaintiff, Defendants shall meet and confer with the court-appointed lead plaintiff and submit a schedule for the filing of a consolidated or amended complaint and the filing of Defendants' response thereto.

3.  ~~The Initial Case Management conference and the deadlines set forth in the Initial Scheduling Order are continued until such time following the filing of Defendants' response to the consolidated or amended complaint designated by the court-appointed lead plaintiff, on dates to be selected by the Court.~~

**IT IS SO STIPULATED.**

Dated:  September 13, 2019

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: /s/ Rodney G. Strickland
　　　　 Rodney G. Strickland

650 Page Mill Road
Palo Alto, CA  94304
Phone: (650) 493-9300

*Attorneys for Defendants*


Dated:  September 13, 2019

THE ROSEN LAW FIRM, P.A.


By: /s/ Laurence M. Rosen
　　　　 Laurence M. Rosen
　　　　 lrosen@rosenlegal.com


335 South Grand Avenue, Suite 2450
Los Angeles, CA  90071
Phone: (213) 785-2610

*Attorneys for Plaintiff Johan Wallerstein*


## [~~PROPOSED~~] ORDER


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Court continues the initial Case Management Conference and corresponding deadlines to February 19, 2020, at 2:00 p.m.

DATED: ____September 17____, 2019

_____
Honorable Lucy H. Koh
United States District Judge

STIPULATED REQUEST AND [~~PROPOSED~~] ORDER
RE: DEFENDANTS' TIME TO RESPOND TO
COMPLAINT AND CONTINUE INITIAL CMC

-4-

## ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

In accordance with Civil Local Rule 5-1(i)(3), I attest that Laurence M. Rosen concurred in the filing of this document.

Dated: September 13, 2019

/s/Rodney G. Strickland
Rodney G. Strickland