**LEVI & KORSINSKY, LLP**
Adam C. McCall (SBN 302130)
Adam M. Apton (SBN 316506)
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel: (415) 373-1671
Email: amccall@zlk.com
Email: aapton@zlk.com

*Attorneys for Movant Federica Papa*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHAN WALLERSTEIN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>NETFLIX, INC., REED HASTINGS, AND SPENCER NEUMANN,<br><br>Defendants. | No. 5:19-cv-04195-LHK-SVK<br><br>Hon. Lucy H. Koh<br><br>**DECLARATION OF ADAM C. MCCALL IN SUPPORT OF FEDERICA PAPA'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**<br><br>Date: January 30, 2020<br>Time: 1:30 p.m.<br>Courtroom: 8-4th Floor |
| DEEPAK VENKATACHALAPATHY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>NETFLIX, INC., REED HASTINGS, AND SPENCER NEUMANN,<br><br>Defendants. | No. 3:19-cv-04395-LHK-SVK<br><br>Hon. Lucy H. Koh |

I, Adam C. McCall, hereby declare as follows:

1.  I am an associate at the law firm of Levi & Korsinsky, LLP, counsel for Federica Papa ("Movant"), and a member in good standing for the bar of the State of California. I respectfully submit this declaration in support of Movant's Motion for Consolidation of the Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel.

2.  Attached hereto as Exhibit A is a true and correct copy of the sworn certification signed by Movant.

3.  Attached hereto as Exhibit B is a true and correct copy of the loss chart detailing the losses sustained by Movant.

4.  Attached hereto as Exhibit C is a true and correct copy of the press release originally published on July 22, 2019, on *Business Wire* announcing the pendency of the first-filed securities lawsuit.

5.  Attached hereto as Exhibit D is a true and correct copy of the firm resume of Levi & Korsinsky, LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 20th day of September, 2019.

/s/ Adam C. McCall
Adam C. McCall