# EXHIBIT B

| | |
|---|---|
| **Client Name** | Federica Papa |
| **Company Name** | Netflix, Inc. |
| **Ticker Symbol** | NFLX |
| **Security Type** | |
| **Class Period Start** | 04-17-2019 |
| **Class Period End** | 07-17-2019 |
| **90-DAY Lookback Period Start** | 07-18-2019 |
| **90-DAY Lookback Period End** | 09-19-2019 |
| **90-DAY Lookback Average** | $ 303.24 |
| **Pre Class Period Holdings** | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $ 407,148.0000 |
| *DURA LIFO* Total* | $ 407,148.00 |
| Gross Shares Purchased | 7,000.00 |
| Net Shares Retained | 7,000.00 |
| Net Funds Expended | $ 2,650,368.00 |

**Federica Papa - 1**

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 04-25-2019 | 4000 | 378.624 | $ 1,514,496.00 | 08-05-2019 | | 4000 | $ 320.46 | | $ 1,281,840.00 | 4000 | - | $ 303.24 | | $ 232,656.00 | $ 232,656.00 |
| 04-25-2019 | 3000 | 378.624 | $ 1,135,872.00 | 08-05-2019 | | 3000 | $ 320.46 | | $ 961,380.00 | 3000 | - | $ 303.24 | | $ 174,492.00 | $ 174,492.00 |
| **Total:** | **7,000.00** | | **$ 2,650,368.00** | | | **$ 7000** | | | **$ 2243220** | **7,000.00** | | | | **$ 407,148.00** | **$ 407,148.00** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales matched to intra-class period purchases.