# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JOHAN WALLERSTEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC., REED HASTINGS, and SPENCER NEUMANN,<br><br>Defendants. | Case No. 3:19-cv-04195-LHK<br><br>**[PROPOSED] ORDER** |
| DEEPAK VENKATACHALAPATHY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC., REED HASTINGS, and SPENCER NEUMANN,<br><br>Defendants. | Case No. 3:19-cv-04395-SI |

[PROPOSED] ORDER
Case No. 3:19-cv-04195-LHK

Having considered the motion of Derek Selanders for consolidation of related actions, appointment as lead plaintiff, and approval of lead counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.    The Motion is GRANTED;

2.    The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Netflix, Inc. Securities Litigation (2019)*, Master File No. 3:19-cv-04195;

3.    The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Derek Selanders as Lead Plaintiff; and

4.    Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court appoints Glancy Prongay & Murray LLP as Lead Counsel for the class.

IT IS SO ORDERED.

Dated: _____, 2019

_____
HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE