Lionel Z. Glancy (#134180)
Robert V. Prongay (#270796)
Lesley F. Portnoy (#304851)
Charles H. Linehan (#307439)
Pavithra Rajesh (#323055)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:   (310) 201-9150
Facsimile:   (310) 201-9160
Email:       lportnoy@glancylaw.com
*Attorneys for Movant Derek Selanders*

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JOHAN WALLERSTEIN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NETFLIX, INC., REED HASTINGS, and SPENCER NEUMANN, <br><br> Defendants. | Case No. 3:19-cv-04195-LHK <br><br> **DECLARATION OF LESLEY F. PORTNOY IN SUPPORT OF DEREK SELANDERS'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL** |
| DEEPAK VENKATACHALAPATHY, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NETFLIX, INC., REED HASTINGS, and SPENCER NEUMANN, <br><br> Defendants. | Case No. 3:19-cv-04395-SI |

DECLARATION OF LESLEY F. PORTNOY
Case No. 3:19-cv-04195-LHK

I, Lesley F. Portnoy, declare as follows:

1.     I am a partner with the law firm of Glancy Prongay & Murray LLP, counsel for [proposed] lead plaintiff movant Derek Selanders ("Movant") and [proposed] lead counsel for the class in the above-captioned actions.  I make this declaration in support of Movant's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     Attached hereto are true and correct copies of the following exhibits:

Exhibit A:     Notice published in *Business Wire* on July 22, 2019, announcing the pendency of the securities class action against defendants herein: *Wallerstein v. Netflix, Inc., et al.*, Case No. 19-cv-04195;

Exhibit B:     Signed PSLRA Certification of Movant;

Exhibit C:     Table of Movant's calculated losses, as a result of transactions in Netflix, Inc. securities; and

Exhibit D:     Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 20th day of September 2019, at Los Angeles, California.

*/s/ Lesley F. Portnoy*
Lesley F. Portnoy

DECLARATION OF LESLEY F. PORTNOY
Case No. 3:19-cv-04195-LHK                                                                    1

## PROOF OF SERVICE BY ELECTRONIC POSTING

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On September 20, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 20, 2019, at Los Angeles, California.

*/s/ Lesley F. Portnoy*
Lesley F. Portnoy

DECLARATION OF LESLEY F. PORTNOY
Case No. 3:19-cv-04195-LHK