# EXHIBIT C

## Loss Chart

**Company Name:** Netflix, Inc.
**Ticker:** NFLX
**Class Period:** April 17, 2019 to July 17, 2019
**Name:** Derek Selanders

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 7/10/2019 | 23 | $382.0300 | -$8,786.6900 | | $0.0000 | -$8,786.69 |
| 7/12/2019 | 40 | $373.1400 | -$14,925.6000 | | $0.0000 | -$14,925.60 |
| 7/12/2019 | 100 | $374.9000 | -$37,490.0000 | | $0.0000 | -$37,490.00 |
| 7/12/2019 | 200 | $374.8200 | -$74,964.0000 | | $0.0000 | -$74,964.00 |
| 7/15/2019 | 180 | $364.9280 | -$65,687.0400 | | $0.0000 | -$65,687.04 |
| 7/17/2019 | 140 | $365.8750 | -$51,222.5000 | | $0.0000 | -$51,222.50 |
| 7/23/2019[2] | -200 | | $0.0000 | $314.5575 | $62,911.4990 | $62,911.50 |
| 7/24/2019[2] | -260 | | $0.0000 | $315.2340 | $81,960.8391 | $81,960.84 |
| 8/7/2019[2] | -135 | | $0.0000 | $318.6920 | $43,023.4198 | $43,023.42 |
| 8/27/2019[2] | -46 | | $0.0000 | $310.5707 | $14,286.2516 | $14,286.25 |

**Shares Remaining:** 42

| | 90-Day Average Price[1] | Shares Remaining | | |
|---|---|---|---|---|
| | $303.9498 | 42 | | |

**Subtotal:** -$50,893.82
**90-Day Average:** $12,765.89
**Total:** -$38,127.93

(1) Using the average closing price between July 18, 2019 and September 19, 2019.

Note: post-class period sales valued using the greater of: (2) the average closing price between the end of the class period and the sales date or (3) the actual sales price.