# EXHIBIT 3

**Leon Cohen Netflix Loss Chart**
**Class Period: April 17, 2019 through July 17, 2019**

| Date | Description | Total* |
|---|---|---|
| 5/6/2019 | Bought 50 NFLX Jun 7 2019 365 Call Options @ 23.00 | ($115,000.00) |
| 5/6/2019 | Bought 50 NFLX Jun 7 2019 365 Call Options @ 22.30 | ($111,500.00) |
| 5/6/2019 | Bought 50 NFLX Jun 7 2019 365 Call Options @ 22.00 | ($110,000.00) |
| 5/7/2019 | Bought 50 NFLX Jun 7 2019 365 Call Options @ 21.70 | ($108,500.00) |
| 5/7/2019 | Bought 50 NFLX Jun 7 2019 365 Call Options @ 21.40 | ($107,000.00) |
| 5/7/2019 | Bought 50 NFLX Jun 7 2019 365 Call Options @ 21.00 | ($105,000.00) |
| 5/7/2019 | Bought 50 NFLX Jun 7 2019 365 Call Options @ 20.60 | ($103,000.00) |
| 5/7/2019 | Bought 50 NFLX Jun 7 2019 365 Call Options @ 20.20 | ($101,000.00) |
| 5/7/2019 | Bought 50 NFLX Jun 7 2019 365 Call Options @ 19.968 | ($99,840.00) |
| 5/7/2019 | Bought 50 NFLX Jun 7 2019 365 Call Options @ 19.00 | ($95,000.00) |
| 5/7/2019 | Bought 50 NFLX Jun 7 2019 365 Call Options @ 18.00 | ($90,000.00) |
| 5/7/2019 | Bought 50 NFLX Jun 7 2019 365 Call Options @ 16.69 | ($83,450.00) |
| 5/8/2019 | Bought 50 NFLX Jun 7 2019 365 Call Options @ 15.90 | ($79,500.00) |
| 5/8/2019 | Bought 50 NFLX Jun 7 2019 365 Call Options @ 15.20 | ($76,000.00) |
| 5/8/2019 | Bought 50 NFLX Jun 7 2019 365 Call Options @ 15.10 | ($75,500.00) |
| 5/8/2019 | Bought 50 NFLX Jun 7 2019 365 Call Options @ 15.10 | ($75,500.00) |
| 5/8/2019 | Bought 50 NFLX Jun 7 2019 365 Call Options @ 14.80 | ($74,000.00) |
| 5/8/2019 | Bought 50 NFLX Jun 7 2019 365 Call Options @ 14.58 | ($72,900.00) |
| 5/8/2019 | Bought 50 NFLX Jun 7 2019 365 Call Options @ 14.50 | ($72,500.00) |
| 5/8/2019 | Bought 50 NFLX Jun 7 2019 365 Call Options @ 14.00 | ($70,000.00) |
| 5/16/2019 | Sold 100 NFLX Jun 17 2019 365 Call Options @ 9.70 | $97,000.00 |
| 5/16/2019 | Sold 100 NFLX Jun 17 2019 365 Call Options @ 9.00 | $90,000.00 |
| 5/16/2019 | Sold 100 NFLX Jun 17 2019 365 Call Options @ 8.00 | $80,000.00 |
| 5/22/2019 | Sold 100 NFLX Jun 17 2019 365 Call Options @ 10.00 | $100,000.00 |
| 5/22/2019 | Sold 100 NFLX Jun 17 2019 365 Call Options @ 9.80 | $98,000.00 |
| 5/22/2019 | Sold 100 NFLX Jun 17 2019 365 Call Options @ 9.60 | $96,000.00 |
| 5/22/2019 | Sold 100 NFLX Jun 17 2019 365 Call Options @ 9.50 | $95,000.00 |
| 5/22/2019 | Sold 100 NFLX Jun 17 2019 365 Call Options @ 9.30 | $93,000.00 |
| 5/22/2019 | Sold 100 NFLX Jun 17 2019 365 Call Options @ 9.10 | $91,000.00 |
| 5/22/2019 | Sold 100 NFLX Jun 17 2019 365 Call Options @ 8.10 | $81,000.00 |
| | | |
| | Retained Shares | 0 |
| | **Total Loss** | ($904,190.00) |

*Each transaction represents a trade in call otpions. Each option gave the Movant the right to purchase
 100 shares of the stock. The price is the cost per share of the call option.