Benjamin Heikali SBN 307466
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimile: 424-256-2885
E-mail: bheikali@faruqilaw.com

Richard W. Gonnello (*pro hac vice* forthcoming)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
E-mail: rgonnello@faruqilaw.com

*Attorneys for Proposed Lead Plaintiff T J Cab Management Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHAN WALLERSTEIN, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>        v.<br><br>NETFLIX, INC., REED HASTINGS, AND SPENCER NEUMANN,<br><br>    Defendants. | Case No. 5:19-cv-04195-LHK<br><br>**DECLARATION OF BENJAMIN HEIKALI IN SUPPORT OF T J CAB MANAGEMENT INC.'S MOTION** |
| DEEPAK VENKATACHALAPATHY, Individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>        v.<br><br>NETFLIX, INC., REED HASTINGS, and SPENCER NEUMANN,<br><br>                Defendants. | **CLASS ACTION**<br><br>Judge:  Hon. Lucy H. Koh<br>Date:    October 31, 2019<br>Time:    1:30 p.m.<br>Courtroom:   8 – 4th Floor<br><br>Case No. 5:19-cv-04395-LHK |

**DECLARATION OF BENJAMIN HEIKALI IN SUPPORT OF T J CAB MANAGEMENT INC.'S MOTION**
**NO. 5:19-cv-04195-LHK**

I, Benjamin Heikali, declare as follows:

1.      I am a member in good standing of the bar of the State of California and am admitted in this Court.  I am a partner in the law firm of Faruqi & Faruqi, LLP.  I submit this declaration in support of the motion filed by T J Cab Management Inc. ("TJCM") for consolidation, appointment as Lead Plaintiff, and approval of TJCM's selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the putative Class.

2.      Attached as Exhibits 1 through 4 are true and correct copies of the following documents:

Exhibit 1:    First Notice of Pendency of a Class Action

Exhibit 2:    PSLRA Certification of TJCM

Exhibit 3:    Chart of TJCM's Losses

Exhibit 4:    Firm Resume of Faruqi & Faruqi, LLP

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 20th day of September 2019 at Los Angeles, California.

By: /s/ *Benjamin Heikali*
Benjamin Heikali

1

**DECLARATION OF BENJAMIN HEIKALI IN SUPPORT OF T J CAB MANAGEMENT INC.'S MOTION
NO. 5:19-cv-04195-LHK**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

By:     */s/ Benjamin Heikali*
Benjamin Heikali