# EXHIBIT 3



| **Losses in:** | Netflix, Inc. |
|---|---|
| **90-Day Price:** | $303.9498 as of 9/20/2019 |
| **Class Period:** | 4/17/2019 - 7/17/2019 |
| **Investor:** | T J Cab Management Inc |

| | OPEN TRANSACTIONS | | | | | | CLOSE TRANSACTIONS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Transaction | Security | Date | Quantity | Price | Total | | Transaction | Security | Date | Quantity | Price | Total | Matched Loss |
| Purchase*** | Common Stock | 09/27/2018 | 6,840 | $379.9193 | $3,761,201.0700 | | Sale*** | Common Stock | 05/06/2019 | (6,840) | $377.7492 | ($2,583,804.5280) | |
| Purchase | Common Stock | 05/15/2019 | 7,000 | $354.7500 | $2,483,250.00 | | | | | | | | |
| | | Class Period Purchases | 7,000 | Total Costs | $2,483,250.00 | | | | Class Period Sales | (6,840) | Total Proceeds | ($2,583,804.5280) | Matched Loss* $0.00 |
| | | | | | | | | | Remaining Shares | 7,000 | | | Unmatched Loss** $355,601.5711 |
| | | | | | | | | | | | | | Total Loss $355,601.5711 |

| Lax Factors | |
|---|---|
| Total Shares Purchased | 7,000 |
| Net Shares Purchased | 160 |
| Net Funds Expended | ($100,554.5280) |
| Approximate LIFO Loss | $355,601.5711 |

*LIFO calculates losses by assuming the first stocks to be sold are the stocks purchased most recently prior to that sale.

**Under a LIFO calculation, unmatched purchased shares retained at the end of the the Class Period (those which are not offset by matching sales) are matched against a value equal to the 90-day post-Class Period average price. See 15 U.S.C. § 78u-4(e). Here, the unmatched loss is calculated by subtracting the value of the shares held at the end of the Class Period (i.e., the number of shares held multiplied by the 90-day average) from the cost basis of those shares.

***Pre-Class Period opening balance matches with 05/06/2019 sale during the class period.