**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHAN WALLERSTEIN, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>        v.<br><br>NETFLIX, INC., REED HASTINGS, AND SPENCER NEUMANN,<br><br>    Defendants. | Case No. 5:19-cv-04195-LHK<br><br>**[PROPOSED] ORDER GRANTING MOTION OF T J CAB MANAGEMENT INC. FOR (1) CONSOLIDATION; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) AND APPROVAL OF LEAD COUNSEL**<br><br><u>CLASS ACTION</u><br><br>Judge:  Hon. Lucy H. Koh<br>Date:    October 31, 2019<br>Time:    1:30 p.m.<br>Courtroom:  8 – 4th Floor |
| DEEPAK VENKATACHALAPATHY, Individually and on behalf of all others similarly situated,<br><br>                          Plaintiff,<br><br>        v.<br><br>NETFLIX, INC., REED HASTINGS, and SPENCER NEUMANN,<br><br>                          Defendants. | Case No. 5:19-cv-04395-LHK |

**[PROPOSED] ORDER GRANTING MOTION OF T J CAB MANAGEMENT INC. FOR CONSOLIDATION; APPOINTMENT AS LEAD PLAINTIFF; AND APPROVAL OF LEAD COUNSEL    NO. 5:19-cv-04195-LHK**

WHEREAS, the above-captioned related putative class actions under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") have been filed in the Northern District of California; and

WHEREAS, T J Cab Management Inc. ("TJCM") filed a timely motion to be appointed Lead Plaintiff; and

WHEREAS, TJCM has the largest financial interest in the relief sought by the Class and otherwise satisfies the requirements of Section 21 of the Exchange Act and Rule 23 of the Federal Rules of Civil Procedure; and

WHEREAS, in accordance with Section 21(a)(3)(B)(v) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B)(v), TJCM seeks approval of its selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the Class.

AND NOW THIS ____ day of _____ 2019, the Court having considered the motion of TJCM For Consolidation, Appointment as Lead Plaintiff, and Approval of Lead Counsel and all supporting documents, it is hereby ORDERED as follows:

## CONSOLIDATION

1.     The motion of TJCM to consolidate the above-captioned actions (the "Consolidated Action") is GRANTED.

2.     Pursuant to Fed. R. Civ. P. 42(a), the above-captioned actions are to be consolidated for all purposes, including, without limitation, discovery, pretrial proceedings, and trial.

3.     Every pleading filed in the Consolidated Action shall bear the following caption:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| In re: NETFLIX, INC. SECURITIES LITIGATION | C.A. No. 5:19-cv-04195-LHK |
|---|---|
|  | CLASS ACTION |
| This Document Relates To: |  |

1

**[PROPOSED] ORDER GRANTING MOTION OF T J CAB MANAGEMENT INC. FOR CONSOLIDATION; APPOINTMENT AS LEAD PLAINTIFF; AND APPROVAL OF LEAD COUNSEL    NO. 5:19-cv-04195-LHK**

4.      The Civil Action No. 5:19-cv-04195-LHK shall constitute the master file for every action in the Consolidated Action.  When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:" in the caption.  When a pleading applies only to some, but not all, of the actions the document shall list, immediately after the phrase "This Document Relates To:" the docket number for each individual action to which the document applies, along with the last name of the first listed plaintiff in that action.

5.      All related actions subsequently filed in, or transferred to, this District shall be consolidated into the Consolidated Action and subject to this order.

**LEAD PLAINTIFF**

6.      The motion of TJCM to serve as Lead Plaintiff in the Action is GRANTED. Pursuant to Section 21 of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B), TJCM is appointed as Lead Plaintiff for the putative Class.

**LEAD COUNSEL**

7.      The motion of TJCM for approval of its counsel as Lead Counsel is GRANTED. Pursuant to Section 21 of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B)(v), Faruqi & Faruqi, LLP is approved to serve the Lead Plaintiff and the Class as Lead Counsel.

IT IS SO ORDERED.

DATED:  _____

_____
THE HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

2

**[PROPOSED] ORDER GRANTING MOTION OF T J CAB MANAGEMENT INC. FOR CONSOLIDATION; APPOINTMENT AS LEAD PLAINTIFF; AND APPROVAL OF LEAD COUNSEL    NO. 5:19-cv-04195-LHK**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

By:    */s/ Benjamin Heikali*
Benjamin Heikali