POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone:  (310) 405-7190
Email:  jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Movant Ralph Sears
and Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JOHAN WALLERSTEIN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC., REED HASTINGS, and SPENCER NEUMANN,<br><br>Defendants. | Case No.: 5:19-cv-04195-LHK<br><br>DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF RALPH SEARS FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL<br><br>CLASS ACTION<br><br>Date:  January 30, 2020<br>Time:  1:30 p.m.<br>Judge:  Hon. Lucy H. Koh<br>Courtroom:  8 – 4th Floor |
| DEEPAK VENKATACHALAPATHY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC., REED HASTINGS, and SPENCER NEUMANN,<br><br>Defendants. | Case No.: 5:19-cv-04395-LHK<br><br>CLASS ACTION |

I, Jennifer Pafiti, Esq., hereby declare as follows:

1.      I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf of Ralph Sears ("Sears"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Sears's motion for consolidation of the above-captioned actions (the "Related Actions"), appointment as Lead Plaintiff for the Class, and approval of Sears's selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:      Loss chart of Sears;

Exhibit B:      Press release published over *Business Wire* on July 22, 2019, announcing the pendency of the first of the above-captioned actions to be filed;

Exhibit C:      Shareholder Certification executed by Sears; and

Exhibit D:      Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on September 20, 2019, at Calabasas, California.

/s/ Jennifer Pafiti
Jennifer Pafiti

1

DECLARATION IN SUPPORT OF MOTION OF RALPH SEARS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL - 5:19-cv-04195-LHK; 5:19-cv-04395-LHK

PROOF OF SERVICE

I hereby certify that on September 20, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Jennifer Pafiti*
Jennifer Pafiti

DECLARATION IN SUPPORT OF MOTION OF RALPH SEARS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL - 5:19-cv-04195-LHK; 5:19-cv-04395-LHK