# EXHIBIT A

**Netflix, Inc. (NFLX)**
**Class Period: April 17, 2019 to July 17, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Client | Purchase Date | Quantity | Price | Amount | Sale Date | Quantity | Price | Amount | Shares Retained | Estimated Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | PreClass | 4,200 | | | | |
| Sears, Ralph | 4/23/2019 | 300 | $383.3300 | ($114,999) | 4/17/2019 | (500) | $359.4737 | $179,737 | | |
| Sears, Ralph | 5/21/2019 | 6,900 | $354.7426 | ($2,447,724) | 4/26/2019 | (4,000) | $367.5100 | $1,470,040 | | |
| Sears, Ralph | 5/23/2019 | 855 | $349.5899 | ($298,899) | 5/23/2019 | (855) | $349.5011 | $298,823 | | |
| Sears, Ralph | 6/10/2019 | 7,000 | $362.0000 | ($2,534,000) | 5/29/2019 | (113) | $346.7222 | $39,180 | | |
| Sears, Ralph | 6/11/2019 | 1,250 | $350.6199 | ($438,275) | 5/29/2019 | (127) | $346.7251 | $44,034 | | |
| Sears, Ralph | | | | | 5/29/2019 | (6,660) | $346.6600 | $2,308,756 | | |
| Sears, Ralph | | | | | 6/10/2019 | (1,350) | $349.4400 | $471,744 | | |
| Sears, Ralph | | | | | 7/18/2019 | (29) | $325.2100 | $9,431 | | |
| Sears, Ralph | | | | | 7/18/2019 | (200) | $325.2100 | $65,042 | | |
| Sears, Ralph | | | | | 7/18/2019 | (202) | $325.2100 | $65,692 | | |
| Sears, Ralph | | | | | 7/18/2019 | (282) | $325.2100 | $91,709 | | |
| Sears, Ralph | | | | | 7/18/2019 | (300) | $325.2100 | $97,563 | | |
| Sears, Ralph | | | | | 7/18/2019 | (610) | $325.2100 | $198,378 | | |
| Sears, Ralph | | | | | 7/18/2019 | (2,277) | $325.2100 | $740,503 | | |
| Sears, Ralph | | | | | 7/18/2019 | (3,000) | $325.2100 | $975,630 | | |
| **Sears, Ralph** | | **16,305** | | **($5,833,897)** | | **(20,505)** | | **$7,056,263** | **6,900** | **($317,159)** |