United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHAN WALLERSTEIN,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC., et al.,<br><br>Defendants. | Case No. 19-CV-04195-LHK<br><br>**ORDER RE: CONSOLIDATED AND/OR AMENDED COMPLAINTS** |
| DEEPAK VENKATACHALAPATHY,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC., et al.,<br><br>Defendants. | Case No. 19-CV-04395-LHK |

For any consolidated and/or amended securities class action complaint, pursuant to the Private Securities Litigation Reform Act and the Federal Rules of Civil Procedure, and for the sake of clarity and efficient case management, lead plaintiff shall set forth in chart form its securities fraud allegations under the following headings on a numbered, statement-by-statement basis: (1) the speaker(s), date(s) and medium; (2) the false and misleading statements or

1

omissions; (3) the reasons why the statements were false and misleading when made; and (4) the facts giving rise to a strong inference of scienter. The chart may be attached to or contained in the consolidated and/or amended securities class action complaint, but in any event will be deemed to be a part of the complaint.

**IT IS SO ORDERED.**

Dated: September 25, 2019

_____
LUCY H. KOH
United States District Judge

United States District Court
Northern District of California

2