KEITH E. EGGLETON, State Bar No. 159842
Email:  keggleton@wsgr.com
RODNEY G. STRICKLAND, State Bar No. 161934
Email:  rstrickland@wsgr.com
SEAN P. KILLEEN, State Bar No. 320644
Email:  skilleen@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Defendants
Netflix, Inc., Reed Hastings, and Spencer
Neumann

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JOHAN WALLERSTEIN, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NETFLIX, INC., REED HASTINGS, and SPENCER NEUMANN <br><br> Defendants. | CASE NO.: 5:19-cv-04195-LHK <br><br> <u>CLASS ACTION</u> <br><br> **DEFENDANTS' RESPONSE TO MOTIONS FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF, AND APPROVAL OF COUNSEL** <br><br> **DATE: January 30, 2020** <br> **TIME: 1:30 PM** <br> **JUDGE: Hon. Lucy H. Koh** <br> **CTRM: 4th Floor, Courtroom 8** |
| DEEPAK VENKATACHALAPATHY, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NETFLIX, INC., REED HASTINGS, and SPENCER NEUMANN <br><br> Defendants. | CASE NO.: 5:19-cv-04395-LHK |

DEFENDANTS' RESPONSE TO MOTIONS FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF, AND APPROVAL OF COUNSEL CASE NO.: 5:19-CV-04195-LHK

-1-

## I.    INTRODUCTION

The above-captioned actions are securities class action lawsuits alleging that defendants Netflix, Inc., Reed Hastings, and Spencer Neumann (collectively, "Defendants") violated Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act") and Securities and Exchange Commission Rule 10b-5 promulgated thereunder.

Pursuant to the Private Securities Litigation Reform Action of 1995, 15 U.S.C. § 78u-4 et seq., on September 20, 2019 four individuals and one entity that claim to be Netflix shareholders during the alleged class period filed motions seeking to consolidate the two pending actions and to be appointed as lead plaintiff for the consolidated action.  The lead plaintiff applicants are Federica Papa, represented by Levi & Korsinsky (Docket No. 18); T J Cab Management, represented by Faruqi & Faruqi (Docket Nos. 19, 27); Derek Selanders, represented by Glancy Progay & Murray (Docket No. 22); Leon Cohen, represented by The Rosen Law Firm (Docket No. 24); and Ralph Sears, represented by Pomerantz (Docket No. 32).

On September 26, 2019, Ms. Papa withdrew her motion.  Docket No. 38.

On October 4, 2019, all applicants except Ms. Papa submitted a joint stipulation and proposed order which, if signed by the Court, would appoint T J Cab Management and Mr. Cohen as lead plaintiffs, and would appoint their counsel The Rosen Law Firm and Faruqi & Faruqi as lead counsel for the class.  Docket No. 41.

Defendants respectfully submit this response to the pending motions.

## II.    DEFENDANTS' RESPONSE TO THE MOTIONS

### A.    Consolidation

Defendants agree that the above-captioned actions should be consolidated, and that any later-filed related actions also should be consolidated into this action.[1]

---

[1] It appears from the applicants' joint stipulation and accompanying proposed order (Docket No. 41) that applicant Ralph Sears is no longer proposing the proposed consolidation order submitted with his moving papers (Docket 32-1 at ¶¶ 13-14).  Defendants would object to Mr. Sears' original proposed order, on the grounds that it would impose unnecessary court-ordered service requirements and document preservation obligations on Defendants.  While Defendants intend to comply with their service requirements and document preservation obligations, they see
(continued...)

DEFENDANTS' RESPONSE TO MOTIONS FOR                              -2-
CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF,
AND APPROVAL OF COUNSEL
CASE NO.: 5:19-CV-04195-LHK

**B.    Lead Plaintiff**

Defendants take no position regarding which lead plaintiff applicant should be appointed by the Court and no position regarding which law firm should be approved as counsel for the putative class.

Dated:  October 4, 2019                              WILSON SONSINI GOODRICH & ROSATI

                                                     Professional Corporation


                                                     By:  /s/ Rodney G. Strickland
                                                             Rodney G. Strickland

                                                     650 Page Mill Road
                                                     Palo Alto, CA  94304
                                                     Phone: (650) 493-9300

                                                     *Attorneys for Defendants*

---

no reason to include service requirements and document retention obligations in a court order consolidating the cases and appointing a lead plaintiff and lead counsel.