KEITH E. EGGLETON, State Bar No. 159842
Email:  keggleton@wsgr.com
RODNEY G. STRICKLAND, State Bar No. 161934
Email: rstrickland@wsgr.com
SEAN P. KILLEEN, State Bar No. 320644
Email:  skilleen@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Defendants
Netflix, Inc., Reed Hastings, and
Spencer Neumann

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JOHAN WALLERSTEIN, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>     v.<br><br>NETFLIX, INC., REED HASTINGS, and SPENCER NEUMANN,<br><br>        Defendants. | CASE NO.: 5:19-cv-04195-LHK<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12<br><br>Before:  Hon. Lucy H. Koh<br>Complaint Filed: July 22, 2019 |

The Court, having considered the defendants' Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local Rule 3-12 and its supporting documents hereby orders as follows:

1.   *Lovoi v. Hastings,* No. 5:19-cv-07303-EJD (filed Nov. 6, 2019) ("*Lovoi*") and *Moore v. Hastings*, No. 3:19-cv-07748-RS (filed Nov. 25, 2019) ("*Moore*") are related to  the above-captioned action, *Wallerstein v. Netflix, Inc.*, No. 5:19-cv-04195-LHK (N.D. Cal. filed July 22, 2019).

2.   *Lovoi* and *Moore* are reassigned to the Honorable Lucy H. Koh.

IT IS SO ORDERED.

Dated:  December 30, 2019

_____
The Honorable Lucy H. Koh
United States District Judge