**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071-9500
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Co-Lead Counsel for Lead Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Netflix Inc. Securities Litigation | Master File No. 5:19-cv-04195-LHK |
| | **DECLARATION OF LAURENCE M. ROSEN** |
| | <u>CLASS ACTION</u> |
| This Document Relates To: All Actions | |

I, Laurence M. Rosen, declare:

1.    I am an attorney duly licensed to practice in the State of California and before this Court. I am the managing partner of The Rosen Law Firm, P.A., Co-Lead Counsel for Lead Plaintiffs. I make this declaration pursuant to Local Rule 6-2(a), in support of the parties' joint stipulation setting a schedule for the filing of an amended complaint, briefing on the anticipated motion to dismiss, and continuing the Initial Case Management Conference and related deadlines. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.    On July 22, 2019, upon plaintiff Johan Wallerstein ("Wallerstein") filing the initial complaint in this action, the Court originally set deadlines for the meet and confer regarding initial disclosures, early settlement, Alternative Dispute Resolution process selection, and the discovery

- 1 -

DECLARATION OF LAURENCE M. ROSEN; CASE NO. 5:19-CV-04195-LHK

plan as October 2, 2019; the due date for a Rule 26(f) Report and Case Management Statement as October 16, 2019; and scheduled the Initial Case Management Conference for October 23, 2019 (Dkt. No. 5).

3.      On September 17, 2019, upon stipulation by Defendants and Wallerstein (Dkt. No. 16), the Court issued an Order continuing the deadlines for the meet and confer regarding initial disclosures, early settlement, Alternative Dispute Resolution process selection, and the discovery plan to January 29, 2020; the due date for a Rule 26(f) Report and Case Management Statement to February 12, 2020; and rescheduling the Initial Case Management Conference for February 19, 2020 (Dkt. No. 17).

4.      On January 28, 2020, Defendants and Wallerstein filed a stipulation to continue the Initial Case Management Conference and related deadlines and obligations set in the Court's September 17, 2019 Order, in light of the impending deadlines and the then-pending lead plaintiff motion. (Dkt. No. 53). The Court has not yet issued an Order with respect to the January 28, 2020 stipulation.

5.      This is a securities class action, alleging violations of the Securities Exchange Act of 1934. The provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4, apply to this action, including staying all discovery until the Court resolves any motions to dismiss this case.

6.      As the parties agree in their accompanying stipulation, Lead Plaintiffs intend to file an amended complaint and the parties have agreed upon a briefing schedule on Defendants' anticipated motion to dismiss.

7.      In light of the PSLRA discovery stay, the parties respectfully request that the Court continue the Initial Case Management Conference and all antecedent obligations and deadlines established in the Court's September 17, 2019 Order to dates the Court will set following a ruling on Defendants' anticipated motion to dismiss.

8.      Other than as stated above in paragraphs 3-4, the parties have not requested modification and the Court has not previously modified the deadlines in this case.

DECLARATION OF LAURENCE M. ROSEN; CASE NO. 5:19-CV-04195-LHK

9.    The parties' requested continuance will have no effect on the schedule for the case other than as stipulated.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on February 7, 2020.

/s/ *Laurence M. Rosen*
Laurence M. Rosen

- 3 -

DECLARATION OF LAURENCE M. ROSEN; CASE NO. 5:19-CV-04195-LHK

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On February 7, 2020, I electronically filed the foregoing DECLARATION OF LAURENCE M. ROSEN with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on February 7, 2020.

/s/ Laurence M. Rosen
Laurence M. Rosen

DECLARATION OF LAURENCE M. ROSEN; CASE NO. 5:19-CV-04195-LHK