**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071-9500
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Co-Lead Counsel for Lead Plaintiffs*

[Additional counsel appear on signature block]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Netflix Inc. Securities Litigation | Master File No. 5:19-cv-04195-LHK |
| | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| | <u>CLASS ACTION</u> |
| This Document Relates To: All Actions | |

Lead Plaintiffs Leon Cohen and TJ Cab Management Inc. ("Plaintiffs") and Defendants Netflix, Inc., Reed Hastings, and Spencer Neumann ("Defendants"), hereby stipulate and agree as follows:

WHEREAS Johan Wallerstein ("Wallerstein") filed the initial complaint in the above-captioned action on July 22, 2019 (Dkt. No. 1);

WHEREAS Defendants each returned executed waivers of service of the initial complaint, which were each filed on July 24, 2019 (Dkt. Nos. 7-9);

- 1 -

WHEREAS the statutory procedures set forth in the Private Securities Litigation Reform Act of 1995, codified at 15 U.S.C. § 78u-4 ("PSLRA"), apply to this case;

WHEREAS on September 13, 2019, Wallerstein and Defendants stipulated pursuant to Local Rule 6-1(a) that Defendants shall not be required to respond to the initial complaint until after the Court appoints a lead plaintiff and after the lead plaintiff files an amended complaint (Dkt. No. 16);

WHEREAS on September 17, 2019, the Court issued an Order (1) setting the deadlines for the meet and confer regarding initial disclosures, early settlement, Alternative Dispute Resolution process selection, and the discovery plan as January 29, 2020; the due date for a Rule 26(f) Report and Case Management Statement as February 12, 2020; and scheduling the Initial Case Management Conference for February 19, 2020; and (2) ordering Defendants to meet and confer with the court-appointed lead plaintiffs within 14 days following the appointment of lead plaintiffs and submit a schedule for the filing of an amended complaint and Defendants' response thereto (Dkt. No. 17);

WHEREAS by Order dated January 31, 2020 (Dkt. No. 54), the Court consolidated a related case into this action and appointed Plaintiffs as Lead Plaintiffs of these consolidated actions;

WHEREAS the parties have conferred and agreed, subject to the Court's approval, on a schedule for the filing of Plaintiffs' amended complaint and a briefing schedule on Defendants' anticipated motion to dismiss;

WHEREAS to avoid the unnecessary expenditure of judicial resources or effort by the parties and the Court, the parties have agreed, subject to the Court's approval, to the continuance of the Initial Case Management Conference and all related deadlines, including those referenced herein, until after the Court issues a ruling on Defendants' anticipated motion to dismiss;

IT IS THEREFORE STIPULATED AND AGREED that, subject to the Court's approval:

1. Plaintiffs shall file an amended complaint on or before March 17, 2020.

2. Defendants shall move to dismiss, or otherwise respond to Plaintiffs' amended complaint on or before May 1, 2020. If Defendants move to dismiss, Plaintiffs' opposition shall be filed on or before June 16, 2020, and Defendants' reply shall be filed on or before July 14, 2020.

- 2 -

STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND AND CONTINUING INITIAL CMC; CASE NO. 5:19-CV-04195-LHK

3.      The February 19, 2020 case management conference and all antecedent obligations and deadlines the Court established in its September 17, 2019 Order (Dkt. No. 17) shall be continued to ~~dates the Court will set following a ruling on Defendants' anticipated motion to dismiss~~. August 26, 2020.

Dated: February 7, 2020                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/ Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN 219683)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Jacob A. Goldberg, Esq. (*pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: jgoldberg@rosenlegal.com

**FARUQI & FARUQI, LLP**
By: /s/ Richard W. Gonnello
Richard W. Gonnello (*pro hac vice*)
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
Email: rgonnello@faruqilaw.com

Benjamin Heikali (SBN 307466)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
E-mail: bheikali@faruqilaw.com

*Co-Lead Counsel for Lead Plaintiffs*

- 3 -

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEFENDANTS' TIME TO
RESPOND AND CONTINUING INITIAL CMC; CASE NO. 5:19-CV-04195-LHK

Dated: February 7, 2020

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**

By: /s/ Rodney G. Strickland
Rodney G. Strickland (SBN 161934)
Keith E. Eggleton (SBN 159842)
Sean P. Killeen (SBN 320644)
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: rstrickland@wsgr.com
        keggleton@wsgr.com
        skilleen@wsgr.com

*Counsel for Defendants*

\* \* \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: February 10, 2020

_Lucy H. Koh_

HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

- 4 -

**ATTESTATION**

Pursuant to Local Civil Rule 5-1(i)(3), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 7, 2020                                    /s/ Laurence M. Rosen
                                                           Laurence M. Rosen

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On February 7, 2020, I electronically filed the foregoing STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on February 7, 2020.

                                                           /s/ Laurence M. Rosen
                                                           Laurence M. Rosen

STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND AND CONTINUING INITIAL CMC; CASE NO. 5:19-CV-04195-LHK