Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Co-Lead Counsel for Lead Plaintiffs*

[additional counsel on signature page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Netflix, Inc. Securities Litigation | Master File No. 5:19-cv-04195-LHK |
| | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| | CLASS ACTION |
| This Document Relates To: All Actions | |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Lead Plaintiffs Leon Cohen and TJ Cab Management Inc. ("Plaintiffs"), individually and on behalf of all other persons similarly situated, hereby voluntarily dismiss these consolidated actions in their entirety as to all defendants, without prejudice. No defendant has filed an answer or a motion for summary judgment. This dismissal, without prejudice, does not compromise any party's rights with respect to the claims and defenses at issue in these consolidated actions.  The Court has neither certified nor refused to certify a class.

- 1 -

Plaintiffs and their attorneys neither sought nor received any consideration whatsoever except that Counsel for the parties have conferred and agreed that all parties shall bear their own costs of this litigation.

Dated: March 17, 2020                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/ *Laurence M. Rosen*
Laurence M. Rosen (SBN 219683)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

**FARUQI & FARUQI, LLP**
Benjamin Heikali (SBN 307466)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
Email: bheikali@faruqilaw.com

*Co-Lead Counsel for Lead Plaintiffs*

- 2 -

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

1

## <u>CERTIFICATE OF SERVICE</u>

2      I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

3      I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 S.

4  Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

5      On March 17, 2020, I electronically filed the foregoing NOTICE OF

6  VOLUNTARY DISMISSAL WITHOUT PREJUDICE with the Clerk of the Court

7  using the CM/ECF system which sent notification of such filing to counsel of record.

8

9  Executed on March 17, 2020.

10

11                          /s/ *Laurence M. Rosen*
                          Laurence M. Rosen

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE